IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAGGIE HOWE, on behalf of herself and others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. H – 03 – 4298 |
| HOFFMAN-CURTIS PARTNERS LTD., LLP, et al., | § § § § | |
| Defendants. | § § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, Defendants are jointly and severally liable to Plaintiff for the sum of $20,351.76,[1] plus post-judgment interest at a rate of 3.28%.

IT IS SO ORDERED.

SIGNED this 8th day of June, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.

---

[1] $10,175.88 in unpaid wages plus $10,175.88 in liquidated damages.

Case 4:03-cv-04298   Document 83   Filed in TXSD on 06/08/05   Page 2 of 2

2