UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAGGIE HOWE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-03-4298 |
| | § | |
| HOFFMAN-CURTIS PARTNERS LTD | § | |
| LLP, *et al*, | § | |
| | § | |
| Defendant. | § | |

## MODIFIED JUDGMENT

Because of the Court's Memorandum and Order of today's date, Defendants are jointly and severally liable to Plaintiff for the sum of $23,357.40, plus post-judgment interest at a rate of 3.46%.

IT IS SO ORDERED.

SIGNED this 6th day of July, 2005.

_Keith P. Ellison_
Keith P. Ellison
United States District Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS**

**ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY**

**AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN**

**SENT ONE BY THE COURT.**