UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAGGIE HOWE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-03-cv-4298 |
| § | |
| HOFFMAN-CURTIS PARTNERS, LTD., § | |
| LLP, HOFFMAN-CURTIS PARTNERS § | |
| LTD., LP, HOFFMAN-CURTIS, P.A., § | |
| HORIZON RADIOLOGY, P.A., DR. § | |
| FRANK C. POWELL, and DR. HANS H. § | |
| TRUONG, § | |
| § | |
| Defendants. § | |

## AMENDED MEMORANDUM AND ORDER

In addition to the $30,626.75 in attorneys' fees related to post-judgment collection efforts awarded to Plaintiff in this Court's Memorandum and Order of April 13, 2007 (Doc. No. 144), additional attorneys' fees in the amount of $13,347.50 are also merited and hereby awarded to Plaintiff.

**IT IS SO ORDERED.**

**SIGNED** this 13th day of April, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT